UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR04-0338-MJP-JPD |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| DANTE E. PALMISANO, JR., ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| _____ ) | |

An evidentiary hearing on a petition for violation of supervised release in this case was scheduled before the undersigned Magistrate Judge on May 15, 2006. The United States was represented by Assistant United States Attorney Kelly Harris, and the defendant by Mr. Robert Gombiner. The proceedings were recorded on cassette tape.

The defendant had been charged and convicted of Conspiracy to Transport Stolen Goods. On or about April 24, 2003, defendant was sentenced by the Honorable Marsha J. Pechman to a term of twenty-four (24) months in custody, followed by three (3) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, financial disclosure, no new credit, no contact with codefendants, attend GA as directed by the Probation Office, be continuously employed by a disinterested third-party employer if medically able, submit to search and seizure, and restitution.

In a Petition for Warrant or Summons dated March 9, 2006, U.S. Probation Officer Christopher Luscher asserted the following violations by defendant of the conditions of his supervised release:

(1) Failing to submit truthful written reports to the probation officer from October 2004 to December 2005, in violation of standard condition No. 2.

(2) Failing to answer truthfully all inquiries of the probation officer, in violation of standard condition No. 3.

(3) Failing to notify the probation officer ten days prior to any changes in residence, on or about October 2004, in violation of standard condition No. 6.

The defendant admitted to all three violations.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations numbers 1, 2, and 3, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations will be set before the Honorable Marsha J. Pechman, at a date to be determined.

Pending a final determination by the Court, the defendant was released subject to the continued conditions of his supervised release.

DATED this 15th day of May, 2006.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge:        Honorable Marsha J. Pechman
    AUSA:                  Mr. Kelly Harris
    Defendant's attorney:  Mr. Robert Gombiner
    Probation officer:     Mr. Christopher Luscher